# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LEO FRANKLIN LOONEY #317006** | **CASE NO. 3:19-CV-00939** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **DARREL VANNOY** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Leo Franklin Looney's Petition [Doc. No. 1] is **DENIED AND DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 13th day of November, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE